**Order entered April 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01443-CR

**MELVIN JERMAIN JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F-11-60284-X**

## ORDER

The Court **ORDERS** court reporter Jan Cherie Williams to file, within **FIFTEEN DAYS**

of the date of this order, a supplemental record containing State's Exhibit nos. 24 and 30.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Jan

Cherie Williams, official court reporter, Criminal District Court No. 6, and to counsel for all

parties.

/s/     DAVID EVANS
        JUSTICE